IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 22 2006

GREGORY C. LANGHAM
CLERK

Miscellaneous Case No. 06-mj-01236

UNITED STATES OF AMERICA,

    Plaintiff,

v. **ROBERT JOHN KEA,**
    a/k/a Robert J. Keys,
    a/k/a Robert John Keys,
    a/k/a Robert L. Anderson,
    a/k/a Robert John Beverlin,
    a/k/a Robert John Cook,

    Defendant.

---

## ORDER

---

Upon consideration of the Motion of the United States to Dismiss the Complaint as it pertains to defendant ROBERT JOHN KEA, the Court, having considered same, finds that there are good grounds to grant the motion.

WHEREFORE, the Complaint is hereby DISMISSED.

So Ordered this 22nd day of November, 2006 at Denver, Colorado.

_____
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO